**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                          : Chapter 13

Turner, Jr., Charles D.
Escobar, Catherine
    Debtors

                                                            :      18-12458

**CERTIFICATE OF SERVICE OF
DEBTOR'S FIRST AMENDED CHAPTER 13 PLAN**

I certify that on November 18, 2018 the standing trustee and all creditors of the debtor at their addresses as shown in the schedules accompanying the debtors' petition and from the claims docket were served a copy of the Debtors' FIRST Amended Chapter 13 Plan either by way of ECF or by first class regular U.S. mail.

Dated: November 18, 2018

                                  "/s/"Mitchell J. Prince
                                  John L. McClain, Esquire
                                  Mitchell J. Prince, Esquire
                                  Attorneys for debtors

John L. McClain and Associates
PO Box 123
Narberth, PA 19072