# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                 Chapter 13

                                 Bankruptcy No. 18-12458-ELF

      CHARLES D TURNER, JR.
      CATHERINE ESCOBAR
      3566 JANNEY STREET

      PHILADELPHIA, PA 19134

          Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

      CHARLES D TURNER, JR.
      CATHERINE  ESCOBAR
      3566 JANNEY STREET

      PHILADELPHIA, PA 19134

Counsel for debtor(s), by electronic notice only.

      JOHN L. MCCLAIN
      JOHN L MCCLAIN AND ASSOCIATES
      PO BOX 123
      NARBERTH, PA 19072-

                          /S/ William C. Miller

Date: 9/17/2019                _____

                          William C. Miller, Esquire
                          Chapter 13 Standing Trustee