# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 18-12458-ELF

CHARLES D TURNER, JR.
CATHERINE ESCOBAR
3566 JANNEY STREET

PHILADELPHIA, PA 19134

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    CHARLES D TURNER, JR.
    CATHERINE ESCOBAR
    3566 JANNEY STREET

    PHILADELPHIA, PA 19134

Counsel for debtor(s), by electronic notice only.

    JOHN L. MCCLAIN
    JOHN L MCCLAIN AND ASSOCIATES
    PO BOX 123
    NARBERTH, PA 19072-

/S/ William C. Miller

Date: 7/15/2020

William C. Miller, Esquire
Chapter 13 Standing Trustee