**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                    : Chapter 13
     Turner, Jr., Charles D.
     Escobar, Catherine
        Debtor(s)                : 18-12458

     :

**ORDER TERMINATING WAGE ORDER**

     **AND NOW,** this 10th day of  November,   2022, upon consideration of the Debtor's counsel's Application to Terminate Wage Order, it is hereby

     **ORDERED**, that the wage order previously entered in this case, directing **Vital Support Home Health Care Agency** to make monthly payments on behalf the debtor to the chapter 13 trustee,  is hereby terminated.

BY THE COURT,

_____
JUDGE

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Turner, Jr., Charles D.
Escobar, Catherine
3566 Janney Street
Philadelphia, PA 19134

Kenneth E. West, Trustee
P.O. Box 40119
Philadelphia, PA 19106

**Vital Support Home Health Care Agency
4711 Wellington Street
Philadelphia, PA 19135**