Certificate Number: 03088-PAE-DE-037028233

Bankruptcy Case Number: 18-12458



03088-PAE-DE-037028233

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 7, 2022</u>, at <u>8:03</u> o'clock <u>PM CST</u>, <u>Charles Turner Jr.</u> completed a course on personal financial management given <u>by internet</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>December 7, 2022</u>          By:  <u>/s/Doug Tonne</u>

Name:  <u>Doug Tonne</u>

Title:  <u>Counselor</u>