Certificate Number: 03088-PAE-DE-037028234

Bankruptcy Case Number: 18-12458



03088-PAE-DE-037028234

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 7, 2022, at 8:03 o'clock PM CST, Catherine Escobar completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   December 7, 2022         By:   /s/Doug Tonne

                                 Name: Doug Tonne

                                 Title: Counselor