United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 18-12458-elf
Charles D. Turner, Jr.  Chapter 13
Catherine Escobar
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Dec 08, 2022     Form ID: 138OBJ     Total Noticed: 37

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Charles D. Turner, Jr., Catherine Escobar, 3566 Janney Street, Philadelphia, PA 19134-2710 |
| 14090318 | + | Abington Memorial Physicians, PO Box 3012, Wilmington, DE 19804-0012 |
| 14090330 | + | Debt Recovery Solutions, 900 Merchants Concourse, Ste 106, Westbury, NY 11590-5114 |
| 14090334 | + | Esperanza Health Ctr., Inc, 4417 N. Sixth St., Philadelphia, PA 19140-2319 |
| 14090336 | + | John L. McClain and Associates, PO Box 123, Narberth, PA 19072-0123 |
| 14372712 | + | Pennsylvania Housing Finance Agency, c/o Rebecca A. Solarz, Esq., KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14090342 | + | Philadelphia Gas Works, Attn: Bankruptcy Department, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2898 |
| 14090346 | | Temple University Hospital, Broad & Ontario St, Philadelphia, PA 19140 |
| 14090347 | + | Twenty-First Century Insurance, PO Box 7247-0302, Philadelphia, PA 19170-0001 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 08 2022 23:46:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14090319 | + | Email/Text: bncnotifications@pheaa.org | Dec 08 2022 23:46:00 | AES/PHEAA, Attn: Bankruptcy, 1200 North 7th St, Harrisburg, PA 17102-1419 |
| 14090320 | + | Email/Text: EBNProcessing@afni.com | Dec 08 2022 23:46:00 | Afni Inc, PO Box 3247, Bloomington, IL 61702-3247 |
| 14090321 | + | Email/Text: bkrpt@retrievalmasters.com | Dec 08 2022 23:46:00 | American Medical Collection Agency, 4 Westchester Plaza, Bldg 4, Elmsford, NY 10523-1615 |
| 14090327 | + | Email/Text: megan.harper@phila.gov | Dec 08 2022 23:46:00 | CITY OF PHILADELPHIA LAW DEPARTMENT - TA, BANKRUPTCY GROUP - MSB, 1401 JFK BLVD, 5TH FL, PHILADELPHIA, PA 19102-1640 |
| 14090326 | + | Email/Text: megan.harper@phila.gov | Dec 08 2022 23:46:00 | CITY OF PHILADELPHIA LAW DEPARTMENT - TA, BANKRUPTCY GROUP - MSB, 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 14090322 | + | Email/Text: cccarbankruptcy@carfinancial.com | Dec 08 2022 23:46:00 | Carfinsvcs, 59 Skyline Dr Ste 1700, Lake Mary, FL 32746-7111 |
| 14090325 | + | Email/Text: docs@chaserec.com | Dec 08 2022 23:46:00 | Chase Receivables, 1247 Broadway, Sonoma, CA 95476-7503 |
| 14103349 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 08 2022 23:46:00 | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 14090328 | + | Email/Text: documentfiling@lciinc.com | Dec 08 2022 23:46:00 | Comcast, 1 Apollo Road, Plymouth Meeting, PA 19462-2372 |
| 14090329 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

Case 18-12458-elf  Doc 77  Filed 12/10/22  Entered 12/11/22 00:28:57  Desc Imaged
Certificate of Notice  Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 08, 2022 | Form ID: 138OBJ | Total Noticed: 37 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 08 2022 23:46:00 | Comenitycapital/boscov, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 14090331 | | Email/Text: G06041@att.com | | |
| | | | Dec 08 2022 23:46:00 | Direct TV, PO Box 78626, Phoenix, AZ 85062 |
| 14090332 | | Email/Text: G06041@att.com | | |
| | | | Dec 08 2022 23:46:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14090333 | + | Email/Text: bknotice@ercbpo.com | | |
| | | | Dec 08 2022 23:46:00 | ERC, PO Box 57547, Jacksonville, FL 32241-7547 |
| 14090335 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Dec 08 2022 23:46:00 | Internal Revenue Service, Office of Chief Counsel, 701 Market Street, Suite 2200, Philadelphia, PA 19106-1533 |
| 14090338 | + | Email/Text: bankruptcygroup@peco-energy.com | | |
| | | | Dec 08 2022 23:46:00 | PECO, PO Box 13439, Philadelphia, PA 19101-3439 |
| 14090339 | + | Email/Text: bankruptcygroup@peco-energy.com | | |
| | | | Dec 08 2022 23:46:00 | PECO Energy Company, Attn: Merrick Friel, 2301 Market Street, S23-1, Philadelphia, PA 19103-1380 |
| 14110398 | + | Email/Text: bankruptcygroup@peco-energy.com | | |
| | | | Dec 08 2022 23:46:00 | PECO Energy Company, 2301 Market Street, S4-1, Philadelphia, PA 19103-1380 |
| 14090337 | + | Email/Text: blegal@phfa.org | | |
| | | | Dec 08 2022 23:46:00 | Pa Housing Finance Age, PO Box 15206, Harrisburg, PA 17105-5206 |
| 14090340 | + | Email/Text: bankruptcygroup@peco-energy.com | | |
| | | | Dec 08 2022 23:46:00 | Peco Energy Company, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14090341 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | | Dec 08 2022 23:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14127666 | + | Email/Text: blegal@phfa.org | | |
| | | | Dec 08 2022 23:46:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14090343 | + | Email/Text: DeftBkr@santander.us | | |
| | | | Dec 08 2022 23:46:00 | SANTANDER BANK, N.A., 601 PENN STREET, MC 10-6438-FB7, READING, PA 19601-3563 |
| 14090344 | + | Email/Text: enotifications@santanderconsumerusa.com | | |
| | | | Dec 08 2022 23:46:00 | Santander Consumer USA /Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 14090345 | | Email/Text: bankruptcy@sccompanies.com | | |
| | | | Dec 08 2022 23:46:00 | Seventh Avenue, 1112 7th Avenue, Monroe, Wi 53566-1364 |
| 14090348 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Dec 08 2022 23:46:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 14126645 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Dec 08 2022 23:50:35 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14090349 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Dec 08 2022 23:50:33 | Wells Fargo Card Services, 1 Home Campus 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 28

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14090323 | *+ | Catherine Escobar, 3566 Janney Street, Philadelphia, PA 19134-2710 |
| 14090324 | *+ | Charles D. Turner, Jr., 3566 Janney Street, Philadelphia, PA 19134-2710 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 08, 2022 | Form ID: 138OBJ | Total Noticed: 37 |

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 10, 2022          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Pennsylvania Housing Finance Agency bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| JOHN L. MCCLAIN | on behalf of Joint Debtor Catherine Escobar aaamcclain@aol.com  edpabankcourt@aol.com |
| JOHN L. MCCLAIN | on behalf of Debtor Charles D. Turner  Jr. aaamcclain@aol.com, edpabankcourt@aol.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Charles D. Turner, Jr. and Catherine Escobar

Debtor(s)

Case No: 18−12458−elf

Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 12/8/22

76 − 69
Form 138OBJ